RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kameryn Nicole Bohn

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00575-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CHECK** |
| v. | (First Request) |
| KAMERYN NICOLE BOHN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kameryn Nicole Bohn, that the Status Check currently scheduled on May 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     The defendant requires thirty more days to complete the court-ordered conditions in this matter.

2.     The government does not oppose the continuance.

This is the first request for a continuance of the status check.

1

      DATED this 13th day of May, 2024.

2

3    RENE L. VALLADARES               JASON M. FRIERSON
      Federal Public Defender            United States Attorney

4

5

6    By */s/ Joy Chen*                    By */s/ Randolph J. St. Clair*
    JOY CHEN                     RANDOLPH J. ST. CLAIR

7    Assistant Federal Public Defender    Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00575-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| KAMERYN NICOLE BOHN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status check currently scheduled for  Wednesday, May 15, 2024, be vacated and continued to July 10, 2024 at 9:30 a.m. in Courtroom 3D.

DATED this 13th day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE