# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAMERYN NICOLE BOHN,<br><br>　　　　Defendant. | Case No. 2:23-mj-00575-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the status check currently scheduled for July 10, 2024 at 9:30 a.m., be vacated and continued to August 21, 2024 at 9:30 a.m. in Courtroom 3D.

　　　DATED this 8th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE