UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Kameryn Nicole Bohn,<br><br>        Defendant. | Case No. 2:23-mj-00575-EJY<br><br>[Proposed] **Order** |

The Court finds that Ms. Bohn has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence.

IT IS THEREFORE ORDERED that the Stipulation (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that Ms. Bohn is permitted to withdraw her guilty plea to Count One: Reckless Driving.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Unsafe Operation.

IT IS FURTHER ORDERED that the status conference set for October 2, 2024, at 9:30 AM is vacated.

DATED this 30th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE